No. 89–7272. HARMELIN v. MICHIGAN. Ct. App. Mich. [Certiorari granted, 495 U. S. 956.] Motion for appointment of

counsel granted, and it is ordered that Carla J. Johnson, Esq., of Detroit, Mich., be appointed to serve as counsel for petitioner in this case.